Tyson M. Takeuchi, (SBN 177419)
Scott Kosner, (SBN 172379)
Law Offices of Tyson M. Takeuchi
1100 Wilshire Blvd., Ste 2606
Los Angeles, CA 90017
Tel: (213) 637-1566   Fax: (888) 977-6310

Attorney for Debtor(s):

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

Everil Lynette Nelson,

               Debtor.

Case No.: 2:14-bk-33620-WB
Chapter 13

**NOTICE OF SECTION 341(a) MEETING OF CREDITORS AND HEARING ON CONFIRMATION OF CHAPTER 13 PLAN**

**SECTION 341(a) MEETING:**
DATE:   July 28, 2015
TIME:   10:00 a.m.
Room:   #1, 10th Fl.
        915 Wilshire Blvd
        Los Angeles, CA 90017

**CONFIRMATION HEARING:**
DATE:   September 9, 2015
TIME:   10:00 a.m.
CTRM:   1375, 13th Floor
        U.S. Bankruptcy Court
        255 E. Temple St.
        Los Angeles, CA 90012

**PLEASE TAKE NOTICE** that the above-captioned 341(a) Meeting of Creditors and Hearing on Confirmation of Chapter 13 Plan have been scheduled for the dates and times captioned above.

Dated:   July 2, 2015

                                      LAW OFFICES OF TYSON TAKEUCHI

                                      */s/ Scott Kosner*
                                      Scott Kosner, Esq.
                                      Attorney for Debtor
                                      Everil L. Nelson

THE LAW OFFICES OF
Tyson M. Takeuchi
& Associates
Los Angeles
California
(213) 637-1866

NOTICE OF HEARINGS

| In re: Everily Lynette Nelson | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:14-bk-33620-WB |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1100 Wilshire Blvd., Ste. 2606, Los Angeles, CA 90017

A true and correct copy of the foregoing document described as Notice of Section 341(a) Meeting and Hearing on Confirmation of Chapter 13 Plan will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/2/15 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Nancy K Curry (TR)    ecfnc@trustee13.com
James Hogan    customer.service.bk@americredit.com
Scott Kosner    scottK@tysonfirm.com, albert@tysonfirm.com
Alvin Mar    alvin.mar@usdoj.gov
Tyson Takeuchi    tyson@tysonfirm.com, albert@tysonfirm.com;armen@tysonfirm.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 7/2/15 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/2/15 | Albert Pfaffman | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1

| In re: Everily Lynette Nelson | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:14-bk-33620-WB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Capital One
Po Box 30253
Salt Lake City, UT 84130

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374-0256

Experian
Profile Maintenance
PO Box 9558
Allen, TX 75013-9558

Franchise Tax Board
Personal Bankruptcy MS A340
PO Box 2952
Sacramento, CA 95812-2952

Gm Financial
Po Box 181145
Arlington, TX 76096

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

LA County Sheriff's Off
110 N Grand Ave Ste 525
Los Angeles, CA 90012-3014

Law Offices Of Richard J Murphey
2424 SE Bristol St
Newport Beach, CA 92660-0762

Monroe & Main
1112 7th Ave
Monroe, WI 53566-1364

Portfolio Recovery
120 Corporate Blvd
Norfolk, VA 23502-4962

Quick Click Loans
PO Box 5040
Alpharetta, GA 30023-5040

Syncb/Jc Penney
Po Box 965007
Orlando, FL 32896-5007

Syncb/Qvc
PO Box 965005
Orlando, FL 32896-5018

Syncb/Walmart
Po Box 965024
Orlando, FL 32896

Trans Union Corporation
Attn: Public Records Department
555 W Adams St
Chicago, IL 60661-3719

Transunion Consumer Relations
PO Box 2000
Chester, PA 19016-2000

Trojan Professional Services
Po Box 1270
Los Alamitos, CA 90720

Americredit Financial Services
P.O. Box 183853
Arlington, TX  76096

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-3.1**